MICHAEL C. CHOW (STATE BAR NO. 273912)
mchow@orrick.com
HSIWEN LO (STATE BAR NO. 286649)
hlo@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA  92614-8255
Telephone:   +1 949 567 6700
Facsimile:    +1 949 567 6710

*Attorney list continued on next page*

Attorneys for Defendants

SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION, SEMICONDUCTOR MANUFACTURING INTERNATIONAL (SHANGHAI) CORPORATION, SEMICONDUCTOR MANUFACTURING INTERNATIONAL (BEIJING) CORPORATION, and SMIC AMERICAS,<br><br>    Defendant. | Case No. 3:17-CV-03980-WHA<br><br>**DECLARATION OF JEFFREY JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**<br><br>Date:     December 21, 2017<br>Time:    8:00 a.m.<br>Dept:    Courtroom 12, 19th Floor<br>Judge:  Hon. William H. Alsup |

1  JEFFREY JOHNSON (*admitted pro hac vice*)
   jj@orrick.com
2  CHRIS RICHART (*admitted pro hac vice*)
   crichart@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   609 Main Street
4  40th Floor
   Houston, Texas  77002-3106
5  Telephone:     +1 713 658 6400
   Facsimile:     +1 713 658 6401
6

7  YUFENG (ETHAN) MA (*admitted pro hac vice*)
   yma@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   47/F Park Place
9  1601 Nanjing Road West
   Shanghai 200040
10 People's Republic of China
   Telephone:     +86 21 6109 7000
11 Facsimile:     +86 21 6109 7022

12 Attorneys for Defendants
   SEMICONDUCTOR MANUFACTURING
13 INTERNATIONAL CORPORATION,
   SEMICONDUCTOR MANUFACTURING
14 INTERNATIONAL (SHANGHAI) CORPORATION,
   SEMICONDUCTOR MANUFACTURING
15 INTERNATIONAL (BEIJING) CORPORATION, and
   SMIC AMERICAS

16

17

18

19

20

21

22

23

24

25

26

27

28

I Jeffrey Johnson, declare as follows:

1. I am a partner at the law firm Orrick, Herrington & Sutcliffe, and am an attorney of record in this action for Defendants Semiconductor Manufacturing International Corporation, Semiconductor Manufacturing International (Shanghai) Corporation, Semiconductor Manufacturing International (Beijing) Corporation, and SMIC, Americas (collectively "SMIC" or "Defendants"). I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Defendants' Motion to Dismiss for Lack of Standing.

3. Attached hereto as Exhibit A is a true and correct copy of the Assignment between Advanced Micro Devices, Inc. and Lone Star Silicon Innovations LLC recorded with the U.S. Patent Office on August 5, 2016:

4. Attached hereto (under seal) as Exhibit B is a true and correct copy of the Patent Transfer Agreement between Advanced Micro Devices, Inc. and Lone Star Silicon Innovations LLC. This document was produced by Plaintiff on October 24, 2017 and was designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" by Plaintiff.

5. Attached hereto as Exhibit C is a true and correct copy of the Assignment of Patent Rights between Sanyo Electric Co., Ltd. and Diamond Coating Technologies, LLC recorded with the U.S. Patent Office on August 21, 2012. This document includes the patents that were at issue in *Diamond Coating Techs., LLC v. Hyundai Motor Amer.*, 823 F.3d 615 (Fed. Cir. 2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 15, 2017     By: */s/ Jeffrey Johnson*
                                  JEFFREY JOHNSON