# EXHIBIT A

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT3994381

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ADVANCED MICRO DEVICES INC. | 08/04/2016 |

### RECEIVING PARTY DATA

| Name: | LONE STAR SILICON INNOVATIONS LLC |
|---|---|
| Street Address: | 5204 BLUEWATER DR |
| City: | FRISCO |
| State/Country: | TEXAS |
| Postal Code: | 75034 |

### PROPERTY NUMBERS Total: 31

| Property Type | Number |
|---|---|
| Patent Number: | 6104069 |
| Patent Number: | 5872038 |
| Patent Number: | 5956610 |
| Patent Number: | 6121663 |
| Patent Number: | 6399480 |
| Patent Number: | 6303949 |
| Patent Number: | RE39518 |
| Patent Number: | 5926690 |
| Patent Number: | 5912188 |
| Patent Number: | 6153933 |
| Patent Number: | 6010960 |
| Patent Number: | 6015739 |
| Patent Number: | 5973372 |
| Patent Number: | 6057239 |
| Patent Number: | 6424039 |
| Patent Number: | 5925932 |
| Patent Number: | 6097090 |
| Patent Number: | 6232221 |
| Patent Number: | 6023085 |
| Patent Number: | 6372577 |

| Property Type | Number |
|---|---|
| Patent Number: | 6103611 |
| Patent Number: | 6380588 |
| Patent Number: | 6043157 |
| Patent Number: | 6046089 |
| Patent Number: | 6097061 |
| Patent Number: | 6667227 |
| Patent Number: | 6146978 |
| Patent Number: | 6323519 |
| Patent Number: | 6326231 |
| Patent Number: | 6337226 |
| Patent Number: | 6388330 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 4693073287 |
| **Email:** | chris@longhornip.com |
| **Correspondent Name:** | CHRIS DUBUC |
| **Address Line 1:** | 5204 BLUEWATER DR |
| **Address Line 4:** | FRISCO, TEXAS 75034 |

| NAME OF SUBMITTER: | CHRIS DUBUC |
|---|---|
| SIGNATURE: | /Chris Dubuc/ |
| DATE SIGNED: | 08/05/2016 |

**Total Attachments: 4**
source=Assignment#page1.tif
source=Assignment#page2.tif
source=Assignment#page3.tif
source=Assignment#page4.tif

IN WITNESS WHEREOF, this Assignment of Patent Rights is executed at _Markham, ON_ on _August 4, 2016_.

ASSIGNOR

By: _[signature]_
Name: _Kevin O'Neil_
Title: _VP - IP & Licensing_

(Signature must be notarized)

_[signature]_

Before me, _Linda Lam_
Notary Public at _Province of Ontario_
Date: _August 4, 2016_

IN TESTIMONY WHEREOF, in accepting said Assignment, I hereunto set my hand as of the date indicated below:

Lone Star Silicon Innovations LLC

_Aug 4, 2016_
Date

_[signature]_
Signature

Name: _CHRISTIAN DUBAC_
Title: _MANAGING PARTNER_

(Signature must be notarized)

MICHAEL LEE
Notary Public, State of Texas
My Commission Expires
July 22, 2018

_[signature]_
Before me, _Michael Lee_
Notary Public at _Allen, TEXAS_
Date: _August 4, 2016_

Confidential

PATENT
REEL: 039597 FRAME: 0959

Exhibit C

ASSIGNMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, Advanced Micro Devices, Inc., a Delaware corporation, with a registered address at One AMD Place, Sunnyvale, CA 94088-3453 USA ("**Assignor**"), does hereby assign, transfer and convey unto Lone Star Silicon Innovations LLC, an entity organized under the laws of Texas having its primary place of business at 5204 Bluewater Drive, Frisco, TX 75034 ("**Assignee**"), all of Assignor's entire right, title and interest in and to all patents and patent applications listed in the attached Exhibit 1 (collectively "**Patent Rights**"), subject to the terms and conditions of the Confidential Purchase and Sale Agreement (the "**Agreement**"). Assignor and Assignee acknowledge that some of the Patent Rights may be currently expired or abandoned.

In addition, Assignor agrees to and hereby does sell, assign, transfer and convey unto Assignee all rights (i) in and to causes of action and enforcement rights for the Patent Rights including all rights to pursue damages, injunctive relief and other remedies for past, present and future infringement of the Patent Rights, (ii) the right to apply (or continue prosecution) in any and all countries of the world for patents, design patents, utility models, certificates of invention or other governmental grants for the Patent Rights, including under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement or understanding, and (iii) the rights, if any, to revive prosecution of any abandoned Patent Rights.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention or equivalent which may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

The terms and conditions of this Assignment shall inure to the benefit of Assignee, its successor and other legal representatives, and shall be binding upon Assignor, its successor, assigns and other legal representatives.

Confidential

Exhibit 1

| Family | Title | Patent No. |
|---|---|---|
| 1 | Semiconductor device having an elevated active region formed in an oxide trench | US6104069 |
| 1 | Semiconductor device having an elevated active region formed in an oxide trench and method of manufacture thereof | US5872038 |
| 2 | Method and system for providing electrical insulation for local interconnect in a logic circuit | US5956610 |
| 2 | Local interconnects for improved alignment tolerance and size reduction | US6121663 |
| 2 | Methods and arrangements for insulating local interconnects for improved alignment tolerance and size reduction | US6399480 |
| 2 | Method and system for providing electrical insulation for local interconnect in a logic circuit | US6303949 |
| 3 | Run to run control process for controlling critical dimensions | USRE39518 |
| 3 | Run-to-run control process for controlling critical dimensions | US5926690 |
| 4 | Method of forming a contact hole in an interlevel dielectric layer using dual etch stops | US5912188 |
| 5 | Elimination of residual materials in a multiple-layer interconnect structure | US6153933 |
| 6 | Method and system for providing an interconnect having reduced failure rates due to voids | US6010960 |
| 7 | Method of making gate dielectric for sub-half micron mos transistors including a graded dielectric constant | US6015739 |
| 8 | Silicided shallow junction transistor formation and structure with high and low breakdown voltages | US5973372 |
| 9 | Dual damascene process using sacrificial spin-on materials | US6057239 |
| 9 | Dual damascene process using sacrificial spin-on materials | US6424039 |
| 10 | Borderless vias | US5925932 |
| 10 | High integrity vias | US6097090 |
| 10 | Borderless vias | US6232221 |
| 11 | Core cell structure and corresponding process for nand-type high performance flash memory device | US6023085 |
| 11 | Core cell structure and corresponding process for nand type performance flash memory device | US6372577 |
| 12 | Methods and arrangements for improved spacer formation within a semiconductor device | US6103611 |
| 12 | Semiconductor device having uniform spacers | US6380588 |
| 13 | Semiconductor device having dual gate electrode material and process of fabrication thereof | US6043157 |
| 14 | Selectively sized spacers | US6046089 |
| 15 | Trenched gate metal oxide semiconductor device and method | US6097061 |
| 15 | Trenched gate metal oxide semiconductor device and method | US6667227 |
| 16 | Integrated circuit having an interlevel interconnect coupled to a source/drain region(s) with source/drain region(s) boundary overlap and reduced parasitic capacitance | US6146978 |

Confidential

| Family | Title | Patent No. |
|---|---|---|
| 17 | Ultrathin, nitrogen-containing mosfet sidewall spacers using low-temperature semiconductor fabrication process | US6323519 |
| 18 | Use of silicon oxynitride arc for metal layers | US6326231 |
| 19 | Semiconductor package with supported overhanging upper die | US6337226 |
| 20 | Low dielectric constant etch stop layers in integrated circuit interconnects | US6388330 |

Confidential